FRED B. RICE, Appellant, *v.* THE CITY OF YONKERS, Respondent.

(Submitted May 8, 1916; decided May 12, 1916.)

Motion for re-argument denied, with ten dollars costs. (See 217 N. Y. 718.)

---

JOHN D. DAILEY et al., Respondents, *v.* THE CITY of NEW YORK et al., Appellants.

*Dailey* v. *City of New York*, 170 App. Div. 267, affirmed.
(Argued May 1, 1916; decided May 23, 1916.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 21, 1915, affirming a judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term, which granted a permanent injunction to the plaintiffs restraining the defendants from refusing, during the continuance of a certain contract, to deliver to the plaintiffs in their sea-dumpers ashes and street sweepings.

*Lamar Hardy, Corporation Counsel* (*E. Crosby Kindleberger, Terence Farley* and *John F. Collins* of counsel), for appellants.

*Nathan L. Miller* and *Mark Ash* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., CHASE, COLLIN, CUDDEBACK, CARDOZO, SEABURY and POUND, JJ.